DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
07 NOVEMBER 2013

| | | | |
|---|---|---|---|
| 402P11-5 | State v. Sylvester Eugene Harding III | 1. Def's *Pro Se* Motion for Appeal as a Right (COAP13-682)<br><br>2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review the Order of the COA<br><br>3. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Dismissed<br><br>2. Dismissed<br><br>3. Denied **10/30/2013** |
| 403P13 | State v. James David Corrothers | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1569) | Denied |
| 404P13 | Robert A. Izydore v. City of Durham (Durham Board of Adjustment) and Sun River Builders Signature Homes, Inc., Stacy A. Crabtree, Necessary Parties | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA12-1284) | Denied |
| 410P13 | State v. David Clayton Harper | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-614)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 412P13-2 | Henry Clifford Byrd, Sr. v. State of N.C. and Sheriff of Forsyth County | 1. Petitioner's *Pro Se* Petiton for *Writ of Habeas Corpus*<br><br>2. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Denied **10/10/2013**<br><br>2. Allowed **10/10/2013** |
| 413P13 | State v. Travis Christopher Lemmond | Def's Petition for *Writ of Certiorari* to Review Order of COA (COAP12-1011) | Denied |
| 415P13 | State v. Kelvin W. Sellars-El | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COA12-199) | Dismissed |